IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv344___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| 4140 HUFFMAN MOUNTAIN ROAD ) | |
| Connelly Springs, Burke Co. NC, ) | |
| as described in deed at Deed Book ) | |
| 1098, Pg 815 in Public Registry ) | |
| of Burke Co. NC, being real ) | |
| property, together with residences, ) | |
| & all appurtenances, improvements, ) | |
| & attachments thereon, & being 5.0 ) | |
| acres, more or less, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the claimant's Motion for Stay to which the plaintiff consents. Finding that good cause exists for the proposed stay and that claimant is entitled to the stay he seeks as a matter of law, 18 U.S.C. § 981(g)(2), the court enters the following Order.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that the claimant's Motion for Stay (#4) is **GRANTED,** and this action is **STAYED** as to claimant Darrell D. Lail pending resolution of any criminal proceedings against him or until such other time as may be deemed appropriate by the court.

Signed: November 16, 2007

Dennis L. Howell
United States Magistrate Judge